IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BANKOLE O. OGUNBAMISE,<br><br>                      **Plaintiff,**<br><br>v.<br><br>WELLSTAR COBB HOSPITAL,<br><br>                      **Defendant.** | 1:07-cv-2004-WSD |

## OPINION AND ORDER

This matter is before the Court on Plaintiff Ogunbamise's Request for Legal Representation ("Request") [14]. In the Request, Plaintiff asks the Court "for advice on how I can obtain the services of a qualified attorney for this case." Id. at 1. Plaintiff advises that the lawyers he has contacted for representation have declined to represent him.

This is a civil matter against the Defendant Wellstar Cobb Hospital. A plaintiff in a private civil action is not entitled to appointed counsel and it appears here that Plaintiff has used reasonable measures to seek counsel to represent him in this case, but that the counsel he has contacted have declined to represent him in

this matter.[1]  Plaintiff is, of course, permitted to proceed *pro se* in this litigation.  If Plaintiff elects to represent himself, he is reminded that he is required to abide by the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Ogunbamise's Request for Legal Representation ("Request") [14] is **DENIED AS MOOT.**

**SO ORDERED** this 5th day of November 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Atlanta Bar Association has a lawyer referral service which Plaintiff may want to contact.